ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Environmental Safety Consultants, Inc. | ) ASBCA No. 58847 |
| | ) |
| Under Contract No. N62470-95-C-2399 | ) |

APPEARANCE FOR THE APPELLANT:   Mr. Peter C. Nwogu
                                President

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                   Navy Chief Trial Attorney
                                  Ellen M. Evans, Esq.
                                   Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE FREEMAN
## ON THE GOVERNMENT'S MOTION TO DISMISS

On 24 August 2013, Environmental Safety Consultants, Inc. (ESCI) filed a notice of appeal from the deemed denial of its claim submitted to the contracting officer on 20 June 2013 (ex. A to notice of appeal), for payment of its Invoice No. 7 in the amount of $138,506.50 for work allegedly performed under the captioned contract. This same invoice was a claim before the Board in *Environmental Safety Consultants, Inc.*, ASBCA No. 56415, 07-1 BCA ¶ 33,483 at 165,984. In that appeal, we found the claim for payment of the invoice time barred under the Contract Disputes Act and dismissed the appeal for lack of jurisdiction. 07-1 BCA ¶ 33,483 at 165,984, 165,986. The government has moved first for a dismissal for lack of jurisdiction, asserting the claim is time barred under the Contract Disputes Act. Alternatively, the government moves to dismiss the appeal on principles of *res judicata*. The claim for payment of Invoice No. 7 was time barred then. It is time barred now. We do not reach the government's alternative argument.

The appeal is dismissed for lack of jurisdiction.

Dated: 23 January 2014

MONROE E. FREEMAN, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58847, Appeal of Environmental Safety Consultants, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2